HOLDEN v. UTAH & M. MACHINERY CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 9, 1899.) No. 1,167. In Error to the Circuit Court of the United States for the District of Utah. C. W. Bennett and Robert Harkness, for plaintiff in error. Charles E. Dey and John A. Street, for defendants in error. Dismissed per stipulation of parties, without costs. See (C. C.) 82 Fed. 209.

---

HOOD v. WALLACE. (Circuit Court of Appeals, Eighth Circuit. October 30, 1899.) No. 1,222. In Error to the Circuit Court of the United States for the District of Kansas. For opinion below, see 89 Fed. 11. C. N. Sterry (Eugene Hagan and I. E. Lambert, on the brief), for plaintiff in error. W. C. Cochran (J. McD. Trimble and W. H. Wallace, on the brief), for defendant in error. Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

THAYER, Circuit Judge. This case was submitted at the same time, by the same counsel, on the same argument, and involves the same questions, which have been considered and decided in the preceding case of Lantry v. Wallace (C. C. A.) 97 Fed. 865. For the reasons stated in the opinion in that case, the judgment in the case in hand is affirmed; Judge SANBORN dissenting.

---

HOOPER et al. v. TERRILL et al. (Circuit Court of Appeals, Fifth Circuit. November 8, 1899.) No. 881. Appeal from the Circuit Court of the United States for the Northern District of Georgia. W. H. Terrill, for appellees. Docketed and dismissed, pursuant to the sixteenth rule.

---

IOWA CENT. RY. CO. v. CHRISTIE. (Circuit Court of Appeals, Eighth Circuit. November 6, 1899.) No. 1,267. In Error to the Circuit Court of the United States for the Northern District of Iowa. George W. Seevers and F. F. Dawley, for plaintiff in error. Henry Rickel and E. H. Crocker, for defendant in error. Dismissed, with costs, per stipulation of the parties.

---

JONES v. VENABLE et al. (Circuit Court of Appeals, Fourth Circuit. November 14, 1899.) No. 345. Appeal from the Circuit Court of the United States for the Eastern District of Virginia. L. L. Lewis, for appellees. Docketed and dismissed, pursuant to the sixteenth rule.

---

THE J. P. DONALDSON. (Circuit Court of Appeals, Sixth Circuit. October 8, 1898.) No. 19. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Harvey D. Goulder, for appellant. F. H. Canfield, for appellee. No opinion. Reversed.

---

KINNEAR v. BAUSMAN. (Circuit Court of Appeals, Ninth Circuit. September 12, 1899.) No. 543. Appeal from the Circuit Court of the United States for the Northern Division of the District of Washington. John R. Kinnear, for appellant. F. Bausman in pro per. Dismissed per stipulation. See 24 C. C. A. 473, 79 Fed. 172.

---

In re KERBY-DENNIS CO. (Circuit Court of Appeals, Seventh Circuit. June 14, 1899.) No. 602. No opinion. Affirmed.